| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Illinois Jack, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2037604** | |
| 4. | **Debtor's address** | **Principal place of business** **13768 Shoreline Drive** **Earth City, MO 63045** Number, Street, City, State & ZIP Code  **Saint Louis** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Illinois Jack, LLC**_____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**  A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Illinois Jack, LLC**
        Name                                                                    Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Missouri Jack, LLC**           Relationship **Affiliate**
District **Eastern District of Missouri**    When **2/16/21**    Case number, if known **21-40540**

**11. Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Illinois Jack, LLC** _____ Case number (*if known*)_____
          Name

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Illinois Jack, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 16, 2021**
MM / DD / YYYY

**X** **/s/ Navid Sharafatian**                          **Navid Sharafatian**
Signature of authorized representative of debtor          Printed name

Title **Manager of TNH Partners, LLC, its Manager**

**18. Signature of attorney**

**X** **/s/ David A. Sosne**                             Date **February 16, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**David A. Sosne #28365MO**
Printed name

**Summers Compton Wells LLC**
Firm name

**8909 Ladue Road**
**St. Louis, MO 63124**
Number, Street, City, State & ZIP Code

Contact phone **314-991-4999**    Email address **dasattymo@summerscomptonwells.com**

**#28365MO MO**
Bar number and State

# **ILLINOIS JACK, LLC**

February 16, 2021

## **AUTHORIZATION TO FILE CHAPTER 11 PETITION**

The undersigned, being the Sole Member of ILLINOIS JACK, LLC, an Illinois limited liability company (the "Company"), does hereby approve, adopt and ratify the following:

**WHEREAS**, Conquest Foods, LLC ("Conquest") is the Sole Member of the Company and, therefore, authorized to make this Resolution; and

**WHEREAS**, TNH Partners, LLC ("TNH") is the Sole Manager of Company and the Sole Managing Member of Conquest; and

**WHEREAS**, Conquest has determined that this Company, as currently organized, is unable to meet its current financial and other obligations; and

**WHEREAS**, Conquest has determined that it is in the best interests of the Company to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy Code of the United States of America and has ratified this decision:

**IT IS THEREFORE RESOLVED**, that Conquest, as the Sole Member of the Company, hereby authorizes and directs TNH, the Sole Manager of the Company by Navid Sharafatian, Managing Member of TNH, to do any and all acts reasonably necessary for the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and, to sign the petition and all other related documents on behalf of the Company related to the filing of the petition, and to attend the proceedings commenced in connection therewith;

**RESOLVED FURTHER**, Conquest, as the Sole Member of the Company, hereby authorizes and directs TNH, the Sole Manager of the Company by Navid Sharafatian, Managing Member of TNH, to verify said petition, schedules and related documents on behalf of the Company, and to represent Company in all proceedings related thereto.

## GENERAL RESOLUTION

Resolved, that Navid Sharafatian is hereby authorized, directed and empowered and directed to execute, and to do and perform, in the name and on behalf of the Company, such acts and to prepare, execute, acknowledge, verify, file and cause to be published such certificates, agreements, notices, reports, applications, instruments and documents, under the corporate seal of the Company or otherwise as he may deem necessary or desirable in his discretion to carry into effect the foregoing resolutions, such member's performance of any such actions to constitute conclusive evidence of such determination.

The execution of this consent shall constitute a written waiver of any notice required by the Operating Agreement for Illinois Jack LLC, as Illinois limited liability company. Signature by facsimile transmission will have the same force and effect as if this consent had been originally signed by the Sole Member, Conquest.

This consent shall be filed in the records of the Company and shall become a part of the records of the Company.

Conquest Foods, LLC,
A Delaware limited liability company

By: TNH Partners, LLC,
its Managing Member

/s/ Navid Sharafatian
By: Navid Sharafatian, its Manager

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re  Illinois Jack, LLC _____  Case No. _____
                              Debtor(s)                    Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Navid Sharafatian, declare under penalty of perjury that I am the authorized Manager of TNH Partners, LLC, which is the Sole Manager of Illinois Jack, LLC, which is in turn the Sole Member of Conquest Foods, LLC, the Sole Member of Illinois Jack, LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability company at a special meeting duly called and held on the 16th day of February 2021.

"**WHEREAS**, Conquest has determined that it is in the best interests of the Company to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy Code of the United States of America and has ratified this decision:

**IT IS THEREFORE RESOLVED**, that Conquest, as the Sole Member of the Company, hereby authorizes and directs TNH, the Sole Manager of the Company by Navid Sharafatian, Managing Member of TNH, to do any and all acts reasonably necessary for the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and, to sign the petition and all other related documents on behalf of the Company related to the filing of the petition, and to attend the proceedings commenced in connection therewith;

**RESOLVED FURTHER**, Conquest, as the Sole Member of the Company, hereby authorizes and directs TNH, the Sole Manager of the Company by Navid Sharafatian, Managing Member of TNH, to verify said petition, schedules and related documents on behalf of the Company, and to represent Company in all proceedings related thereto."

Date  **February 16, 2021**          Signed    **/s/ Navid Sharafatian**
                                     **Conquest Foods, LLC By: TNH Partners, LLC, its**
                                     **Managing Member By:  Navid Sharafatian, its Manager**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Illinois Jack, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AM Total Service LLC<br>10238 Abdell Dr<br>Saint Louis, MO 63126 | amtotalservices@gmail.com | Vendor | | | | $3,825.00 |
| AMEREN ILLINOIS<br>P O BOX 88034<br>Chicago, IL 60680-1034 | www.ameren.com | Vendor | | | | $21,092.18 |
| American Expresss<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | www.americanexpress.com | Credit card | | | | $49,613.95 |
| Anthem<br>PO Box 105183<br>Atlanta, GA 30348-5183 | stefanie.boerner@anthem.com | Vendor | | | | $13,425.96 |
| BARCO<br>350 W ROSECRANS AVE<br>Gardena, CA 90248 | Tina.Simmonds@barcouniforms.com | Vendor | | | | $4,034.25 |
| BRANMAN TEPLIN AND HESHEJIN<br>280 SOUTH BEVERLY DRIVE SUITE 409<br>Beverly Hills, CA 90212 | bheshejin@bthcpas.com | Vendor | | | | $2,340.00 |
| Constellation Energy Service LLC NATURAL GAS LLC<br>P O BOX 5473<br>Carol Stream, IL 60197 | www.constellation.com | Vendor | | | | $7,257.40 |
| FLOWERS FOODS<br>P O BOX 847871<br>Dallas, TX 75284 | collectionsdept@flocorp.com | Vendor | | | | $5,360.07 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Illinois Jack, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GARDAWORLD<br>GARDA CL SW INC<br>LOCKBOX  233209<br>3209 MOMENTUM PLACE<br>Chicago, IL 60689 | client.support@garda.com | Vendor | | | | $2,941.94 |
| ILLINOIS AMERICAN WATER<br>P O BOX 6029<br>Carol Stream, IL 60197-6029 | www.amwater.com | Vendor | | | | $2,860.74 |
| INSURANCE OFFICE OF AMERICA<br>3281 E GUASTI ROAD<br>SUITE 400<br>Ontario, CA 91761 | Adam.Braley@ioausa.com | Insurance | | | | $11,844.00 |
| Intrepid Direct Insurance Agency LLC<br>C O Cynthia Shaw<br>1250 Diehl Rd  Suite 200<br>Naperville, IL 60563 | billing@intrepiddirect.com | Insurance | | | | $5,960.00 |
| Lecocq Grounds Service<br>Ryan Lecocq<br>4074 Gravois Rd<br>House Springs, MO 63051 | ryanlecocq.rl@gmail.com | Vendor | | | | $3,630.00 |
| Mc2 Enterprises  Inc<br>PO Box 4868<br>Parker, CO 80134 | DawnA@vwcbuildersmidwest.com | Vendor | | | | $6,649.19 |
| MICRO OVENS OF ST LOUIS<br>7835 MANCHESTER<br>Saint Louis, MO 63143 | wayne@microovens.net | Vendor | | | | $2,532.09 |
| NUCO2<br>P O  BOX 417902<br>Boston, MA 02241-7902 | www.nuco2.com | Vendor | | | | $3,531.21 |
| Republic Services<br>P O BOX 9001099<br>Louisville, KY 40290-1099 | www.republicservices.com | Vendor | | | | $6,000.96 |
| Retail Technology Group<br>1663 Fenton Business Park Court<br>Fenton, MO 63026 | rtgbilling@rtgpos.com | Vendor | | | | $10,050.51 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor **Illinois Jack, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southwestern Electric**<br>**525 US Rt 40**<br>**Greenville, IL 62246** | **www.swepco.com** | **Vendor** | | | | **$2,260.42** |
| **TurnKey Technologies Inc**<br>**One Technology Place**<br>**East Syracuse, NY 13057** | **gtogni@turnkeyweb.net** | **Vendor** | | | | **$3,972.52** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

```
AM Total Service LLC
10238 Abdell Dr
Saint Louis, MO 63126

AMEREN ILLINOIS
P O BOX 88034
Chicago, IL 60680-1034

American Expresss
P.O. Box 650448
Dallas, TX 75265-0448

Anthem
PO Box 105183
Atlanta, GA 30348-5183

Anthem Dental
PO Box 202837
Department 83718
Dallas, TX 75320

BARCO
350 W ROSECRANS AVE
Gardena, CA 90248

BELLEVILLE TREASURERS OFFICE
PO BOX 388
Belleville, IL 62222

BRANMAN TEPLIN AND HESHEJIN
280 SOUTH BEVERLY DRIVE
SUITE 409
Beverly Hills, CA 90212

CASE PARTS COMPANY
877 MONTEREY PASS ROAD
Monterey Park, CA 91754

CASEYVILLE TOWNSHIP SEWER
P O BOX 1900
Fairview Heights, IL 62208

CCS LLC DBA Roof Medics
137 Snake River Dr
O Fallon, MO 63368

Christopher Ward
Polsinelli
222 Delaware Avenue  Suite 1101
Wilmington, DE 19801

City National Bank
555 S. Flower Street
25th Floor
Los Angeles, CA 90071
```

```
City of Granite City
2000 Edison Ave
Granite City, IL 62040

City of Litchfield
120 E RYDER
Litchfield, IL 62056

City of Troy
116 EAST MARKET ST
Troy, IL 62294-1599

City of Wood River
111 N Wood River Avenue
Wood River, IL 62095

Commercial Electric Motor Service
3121 Washington Ave
Saint Louis, MO 63103

COMMERCIAL ELECTRONICS
3787 Rider Trail South
Earth City, MO 63045

Commercial Pumping Service LLC
P O BOX 429
Saint Charles, MO 63302-0429

Conquest Foods LLC
13768 Shoreline Drive
Earth City, MO 63045

Constellation Energy Service LLC
NATURAL GAS LLC
P O BOX 5473
Carol Stream, IL 60197

Different Rules LLC
9330 Balboa Ave
San Diego, CA 92123

Federal Fire Control LLC
Curt Conway
1734 Clarkson Rd
Suite 347
Chesterfield, MO 63017

FLOWERS FOODS
P O BOX 847871
Dallas, TX 75284

Forward Sign Solutions
145 Hamilton Industrial Court
Wentzville, MO 63385
```

```
GARDAWORLD
GARDA CL SW INC
LOCKBOX  233209
3209 MOMENTUM PLACE
Chicago, IL 60689

Granite Telecommunications
Client ID #311
P O Box 983119
Boston, MA 02298-3119

Hamid Sharafatian
15401 Anacapa Rd
Victorville, CA 92392

Home Depot
P O Box 790420
Saint Louis, MO 63179

HOT SHOTZ MOBILE POWER WASH
Brian M Vance
P O Box 722
Saint Peters, MO 63376

ILLINOIS AMERICAN WATER
P O BOX 6029
Carol Stream, IL 60197-6029

Illinois Department of Revenue
BK Unit Level 7-425
Chicago, IL 60601

INSURANCE OFFICE OF AMERICA
3281 E GUASTI ROAD
SUITE 400
Ontario, CA 91761

Intrepid Direct Insurance Agency  LLC
C O Cynthia Shaw
1250 Diehl Rd  Suite 200
Naperville, IL 60563

JACK IN THE BOX EASTERN DIVISION L P
9330 Balboa
San Diego, CA 92123

Jack in the Box Inc
9330 Balboa Ave
San Diego, CA 92123

JACK IN THE BOX INC
9330 BALBOA AVENUE
San Diego, CA 92123-1516
```

```
Jewett Roofing Company
1800 South Elm Street
Greenville, IL 62246

Kelly Kuhlmann
13768 Shoreline Drive
Earth City, MO 63045

Lecocq Grounds Service
Ryan Lecocq
4074 Gravois Rd
House Springs, MO 63051

Lennox Industries  Inc
P O Box 910549
Dallas, TX 75391-0549

MBM
P O BOX 800
Rocky Mount, NC 27802-0800

Mc2 Enterprises  Inc
PO Box 4868
Parker, CO 80134

Meadowbrook Meat Company Inc
a subsidiary of McLane Company Inc
2085 Midway Road
Carrollton, TX 75006

MICRO OVENS OF ST LOUIS
7835 MANCHESTER
Saint Louis, MO 63143

MIDWEST EQUIPMENT COMPANY
2511 Cassens Drive
Fenton, MO 63026-2547

Missouri Jack LLC
13712 Shoreline Court East
Earth City, MO 63045

Mobile Lighting Source
1710 Fenpark Drive
Ste 137
Fenton, MO 63026

MUZAK
P O Box 71070
Charlotte, NC 28272-1070

Navid Sharafatian
15401 Anacapa Rd
Victorville, CA 92392
```

```
Noel S Cohen
Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067

NUCO2
P O  BOX 417902
Boston, MA 02241-7902

O'FALLON WATER & SEWER DEPARTMENT
255 S LINCOLN AVENUE
O Fallon, IL 62269

PRECISION LAWN MOWING INC
P O BOX 484
Litchfield, IL 62056

Republic Services
P O BOX 9001099
Louisville, KY 40290-1099

Retail Technology Group
1663 Fenton Business Park Court
Fenton, MO 63026

Rottler Pest and Lawn Solutions
2690 Masterson Ave  Ste 400
Saint Louis, MO 63114

RR DONNELLEY
PO BOX 932721
Cleveland, OH 44193

Southwestern Electric
525 US Rt 40
Greenville, IL 62246

SPECTROTEL
P O BOX 1949
Newark, NJ 07101-1949

SSD Systems Inc
1740 N LEMON ST
Anaheim, CA 92801

Susanne Shindle
15401 Anacapa Rd
Victorville, CA 92392

SWANSEA SEWER DEPARTMENT
1444 BOUL AVENUE
Belleville, IL 62226
```

```
Trinity and Bowman Holdings  LLC
900 Cumberland Road
Glendale, CA 91202

TurnKey Technologies  Inc
One Technology Place
East Syracuse, NY 13057

Village of Glen Carbon
151 N Main St
P O BOX 757
Glen Carbon, IL 62034
```